# KLEIN LAW GROUP

## JULIA H. KLEIN
JULIAKLEINLAW@GMAIL.COM

February 16, 2021

Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 14A
New York, New York 10007

> The conference is adjourned until April 22, 2021, at 11:30 a.m.
> SO ORDERED
>
> /s/ John G. Koeltl
> February 19, 2021    John G. Koeltl
> New York, NY         U.S.D.J.

Re: **Gray v. Orchid Street Enterprises LLC** (20-cv-10225)
Request for adjournment of initial conference

Dear Judge Koeltl:

My firm represents the Plaintiff in the above-referenced matter. We write to request an adjournment of the initial conference scheduled for February 25, 2021. The reason for the request is that my firm has not been able to effectuate service because the Defendant operates a restaurant that has apparently been closed as a result of Covid-19. My process server unsuccessfully attempted in-person service four times, and I have now instructed the process server to serve the summons and complaint upon the New York State Secretary of State. However, since service has not yet been effectuated, and the since the Defendants has not yet appeared, I respectfully request that the conference be adjourned until after service has been completed.

As always, we thank the Court for its attention to this matter.

Respectfully submitted,

Julia Klein