**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
────────────────────────────────
**ANASTASIA GRAY,**

                Plaintiff,        20 cv 10225 (JGK)

    - against -                <u>ORDER</u>

**ORCHID STREET ENTERPRISES, LLC, ET AL.,**

                Defendants.
────────────────────────────────
**JOHN G. KOELTL, District Judge:**

    The parties should submit a Rule 26(f) report by April 20, 2021.

    **SO ORDERED.**

**Dated:**    **New York, New York**
            **April 16, 2021**              _____/s/ John G. Koeltl_____
                                                               John G. Koeltl
                                              **United States District Judge**