**KATZMELINGER**
280 MADISON AVENUE, SUITE 600
NEW YORK, NEW YORK 10016
www.katzmelinger.com

Nicola Ciliotta                                                                               o: 212.460.0047
Katz Melinger PLLC                                                                            f: 212.428.6811
                                                                                 nciliotta@katzmelinger.com

September 1, 2021

**Via ECF**
Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> ```
> Application granted.
>
> SO ORDERED.
>
> September 2, 2021     /s/ John G. Koeltl
> New York, NY          John G. Koeltl, U.S.D.J.
> ```

      Re:   *Gray v. Orchid Street Enterprises, LLC, et al.*
              **Civil Action No. 20-cv-10225**

Your Honor:

      We are attorneys for the defendants in the above-captioned matter, and write jointly with counsel for plaintiff to respectfully request a brief adjournment of the September 3, 2021 deadline to file a joint motion for judicial approval of the proposed settlement between the parties. This is the parties' first request for an extension of the deadline to file the joint motion and settlement agreement.

      As the Court is aware, the parties have reached a settlement in this matter. The parties are in the process of reducing the terms of their proposed settlement to writing and will begin gathering signatures soon. The parties respectfully request that the deadline to file a joint motion for judicial approval of the proposed settlement agreement be adjourned by fourteen (14) days, to September 17, 2021.

      We thank the Court for consideration in this matter.

Respectfully submitted,

*/s/ Nicola Ciliotta*
Nicola Ciliotta

Cc:   Counsel for Plaintiff (via ECF)